| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Allen Coburn** | Social Security number or ITIN | **xxx–xx–6652** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jessica Jane Coburn** | Social Security number or ITIN | **xxx–xx–1875** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Southern District of Ohio** | Date case filed for chapter  **13**  **8/29/19** | |
| Case number:  **2:19–bk–55578**  Case Assigned To: **John E. Hoffman Jr.** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Allen Coburn | Jessica Jane Coburn |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2440 Minerva Park Place<br>Columbus, OH 43229–4757 | 2440 Minerva Park Place<br>Columbus, OH 43229–4757 |
| 4. | **Debtor's attorney**<br>Name and address | Mark Albert Herder<br>1031 East Broad Street<br>Columbus, OH 43205 | Contact phone (614) 444–5290<br>Email:  Markalbertherder@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215–3419 | Contact phone 614–420–2550<br>Email:  notices@ch13columbus.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 170 North High Street<br>Columbus, OH 43215–2414 | Hours open 9:00 am – 4:00 pm Monday through Friday<br>Contact phone (614)469–6638<br>Date: 9/6/19 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 16, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.** | **Location:**<br>**170 North High Street, Suite 100, Columbus, OH 43215** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/16/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/7/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/25/20** |
| | **Deadline for Rule 3001(c)(1) and (d) attachments to a Rule 3002(c)(7) claim:** | **Filing deadline: 12/27/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. If you would like to electronically complete and file a Proof of Claim form, you may do so at the following web site:   https://www.ohsb.uscourts.gov/epoc<br><br>If you do not have access to a computer, or prefer to file the Proof of Claim manually, a Proof of Claim form can be obtained at http://www.uscourts.gov or at any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right ot a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to Object to Plan:**<br>Objections to confirmation of a plan shall be in writing, filed and served on debtor, the debtor's attorney, the trustee, and the United States trustee, and shall bear a certificate of service dated not later than fourteen (14) days after the § 341 meeting is concluded. | |
| **9. Filing of plan** | The debtor has filed a plan. The plan will be sent separately. The hearing on confirmation will be held: **11/5/19** at **01:00 PM** , Location: **Courtroom A, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at:  https://bankruptcynotices.uscourts.gov

```
                          United States Bankruptcy Court
                            Southern District of Ohio

In re:                                                    Case No. 19-55578-jeh
Thomas Allen Coburn                                       Chapter 13
Jessica Jane Coburn
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0648-2           User: chipmanm              Page 1 of 3              Date Rcvd: Sep 06, 2019
                               Form ID: 309I               Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db/jdb         Thomas Allen Coburn,    Jessica Jane Coburn,    2440 Minerva Park Place,
                Columbus, OH 43229-4757
tr             Faye D. English,    Chapter 13 Trustee,    10 West Broad Street,    Suite 1600,
                Columbus, OH 43215-3419
20000337      +AD Astra Recovery,    Rep For Speedy Cash,    7330 W 33rd Street N Ste 118,
                Wichita, KS 67205-9370
20000338       ARS Account Resolution,    Rep for Mid Ohio Emerg Svcs LLC,    1643 NW 136 Ave, Bld H St,
                Fort Lauderdale, FL 33323
20000349      +CEP America Ohio LLC,    PO Box 582663,    Modesto, CA 95358-0070
20000363      +Esurance An Allstate Company,    650 Davis Street,    San Francisco, CA 94111-1904
20000364      +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
20000365       Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
20000366      +GLELSI/US Dept. of Edu,    PO Box 7860,    Madison, WI 53707-7860
20000367       Great Lakes  Educational Loan Services,    P.O. Box 530229,    Atlanta, GA 30353-0229
20000368      +Great Lakes Educational Loan Services,    PO Box 7859,    Madison, WI 53707-7859
20000369      +Griffith & Worth,    Rep for Millcreek of Dublin LTD,    522 N. State Street,
                Westerville, OH 43082-9002
20000370      +Immediate Health Associates,    4460 Lake Forest Dr,    Cincinnati, OH 45242-3741
20000371      +Immediate Health Associates,    575 Copeland Mill Rd., Suite 1D,    Westerville, OH 43081-8977
20000382      +Michael S. Marlin Esq,    Rep For Petland Carriage Place,    5150 E. Main Street - Suite 200,
                Columbus, OH 43213-2441
20000384       Mid Ohio Emerg Svcs LLC,    Akron Billing Center,    3585 Ridge Park Drive,
                Akron, OH 44333-8203
20000383      +Mid Ohio Emerg Svcs LLC,    PO Box 635095,    Cincinnati, OH 45263-5095
20000386      +Millcreek of Dublin LTD,    7927 Meadowhaven Blvd,    Columbus, OH 43235-1892
20000387      +Mission Auto Finance,    5210 Westerville Road, Suite A,    Columbus, OH 43231-4914
20000388      +Nationwide Children's Hospital,    700 Children's Drive,    Columbus, OH 43205-2639
20000389       Nationwide Children's Hospital,    Dept. 781117,    P.O. Box 78000,    Detroit, MI 48278-1117
20000391      +Navient,    300 Continental Drive,    Newark, DE 19713-4322
20000399     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,     Rep For Capital One Bank USA NA,
                 PO Box 12903,    Norfolk, VA 23541)
20000398      +Petland Carriage Place,    2620 Bethel Road,    Columbus, OH 43220-6108
20000401      +Progressive,    PO Box 3068,    Bloomington, IL 61702-3068
20000402      +Progressive Casualty Insurance Company,    P.O. Box 89480,    Cleveland, OH 44101-6480
20000403      +Progressive Direct Insurance Company,    P.O. Box 31260,    Tampa, FL 33631-3260
20000404      +Progressive Insurance,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
20000405      +Richard W. Lucore Jr.,    7245 Industrial Parkway,    Plain City, OH 43064-9487
20000412      +State Of Ohio Department Of Taxation,    750 Cross Pointe Road,    Columbus, OH 43230-6691
20000414       Tmobile,    6270 E. Broad St.,    Columbus, OH 43213-1575
20000420      +US Department Of Education,    2401 International Lane,    Madison, WI 53704-3121
20000417      +United States Attorney General,    950 Pennsylvania Avenue NW,    Washington, DC 20530-0009
20000418      +United States Attorney General,    303 Marconi Blvd., 2nd Floor,    Columbus, OH 43215-2326
20000421       Us Department Of Education,    National Payment Center,    Po Box 105028,
                Atlanta, GA 30348-5028
20000422      +Wakefield and Assoc.,    Rep for CEP America Ohio LLC,    PO Box 50250,
                Knoxville, TN 37950-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: Markalbertherder@yahoo.com Sep 06 2019 19:37:11      Mark Albert Herder,
                1031 East Broad Street,    Columbus, OH 43205
ust           +E-mail/Text: ustpregion09.cb.ecf@usdoj.gov Sep 06 2019 19:38:03      Asst US Trustee (Col),
                Office of the US Trustee,    170 North High Street,    Suite 200,    Columbus, OH 43215-2417
20000340      +EDI: ATTWIREBK.COM Sep 06 2019 23:18:00       AT&T,    PO Box 5080,    Carol Stream, IL 60197-5080
20000339       EDI: ATTWIREBK.COM Sep 06 2019 23:18:00       AT&T,    PO Box 8100,    Aurora, IL 60507-8100
20000341       EDI: CINGMIDLAND.COM Sep 06 2019 23:18:00       AT&T Mobility,    PO Box 6416,
                Carol Stream, IL 60197-6416
20000342      +EDI: DVTM.COM Sep 06 2019 23:18:00      Bridgecrest,    PO Box 29018,    Phoenix, AZ 85038-9018
20000343      +EDI: DVTM.COM Sep 06 2019 23:18:00      Bridgecrest Acceptance Corp,    PO Box 2997,
                Phoenix, AZ 85062-2997
20000344       EDI: CAPITALONE.COM Sep 06 2019 23:18:00       Capital One,    PO Box 85520,    Richmond, VA 23285
20000346       EDI: CAPITALONE.COM Sep 06 2019 23:18:00       Capital One Bank USA NA,    15000 Capital One Drive,
                Richmond, VA 23238
20000351       E-mail/Text: bankrupt@choicerecovery.com Sep 06 2019 19:37:21      Choice Recovery Inc.,
                Rep For Immediate Health Associates,    1550 Old Henderson Road,    Columbus, OH 43220
20000345       EDI: CAPITALONE.COM Sep 06 2019 23:18:00       Capital One,    PO Box 5253,
                Carol Stream, IL 60197-5253
20000347      +EDI: CAPITALONE.COM Sep 06 2019 23:18:00       Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
20000348      +EDI: CAPITALONE.COM Sep 06 2019 23:18:00       Capital One/Maurices,    PO Box 30253,
                Salt Lake City, UT 84130-0253
20000350      +E-mail/Text: dl-csgbankruptcy@charter.com Sep 06 2019 19:39:23      Charter Communications,
                PO Box 3019,    Milwaukee, WI 53201-3019
```

```
District/off: 0648-2          User: chipmanm            Page 2 of 3          Date Rcvd: Sep 06, 2019
                              Form ID: 309I             Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20000352          EDI: WFNNB.COM Sep 06 2019 23:18:00       Comenity Bank,   Bankruptcy Dept.,   PO Box 182125,
                   Columbus, OH 43218-2125
20000353         +EDI: WFNNB.COM Sep 06 2019 23:18:00       Comenity Bank/Kay Jewelers,   PO Box 182789,
                   Columbus, OH 43218-2789
20000354         +EDI: WFNNB.COM Sep 06 2019 23:18:00       Comenity Bank/Lane Bryant,   PO Box 182789,
                   Columbus, OH 43218-2789
20000355         +EDI: WFNNB.COM Sep 06 2019 23:18:00       Comenity Bank/Torrid,   Po Box 182789,
                   Columbus, OH 43218-2789
20000356          EDI: WFNNB.COM Sep 06 2019 23:18:00       Comenity Bank/Victoria's Secret,   Po Box 182789,
                   Columbus, OH 43218-2789
20000358         +EDI: CCS.COM Sep 06 2019 23:18:00       Credit Collection Services,
                   Rep for Esurance An Allstate Company,    Two Wells Ave.,   Newton, MA 02459-3225
20000357          EDI: CCS.COM Sep 06 2019 23:18:00       Credit Collection Services,   Rep for Progressive,
                   PO Box 55126,   Boston, MA 02205-5126
20000359          EDI: DCI.COM Sep 06 2019 23:18:00       Diversified Consultants,   Rep For Sprint,
                   10550 Deerwood Park Blvd, DBA DCI,    Jacksonville, FL 32256-0596
20000360          E-mail/Text: bknotice@ercbpo.com Sep 06 2019 19:38:23        Enhanced Recovery Company, LLC,
                   Rep For Charter Communications,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
20000361         +E-mail/Text: bknotice@ercbpo.com Sep 06 2019 19:38:23        Enhanced Recovery Company, LLC,
                   Rep For Tmobile,   PO Box 57547,   Jacksonville, FL 32241-7547
20000362          E-mail/Text: bknotice@ercbpo.com Sep 06 2019 19:38:23        Enhanced Recovery Company, LLC,
                   Rep For AT&T Mobility,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
20000372          EDI: IRS.COM Sep 06 2019 23:18:00       Internal Revenue Service,   Insolvency Dept,
                   550 Main Street, Room 3225,    Cincinnati, OH 45201
20000377         +E-mail/Text: bncnotices@becket-lee.com Sep 06 2019 19:37:40         Kohl's,   PO Box 3043,
                   Milwaukee, WI 53201-3043
20000378         +E-mail/Text: bncnotices@becket-lee.com Sep 06 2019 19:37:40         Kohl's Department Store,
                   P.O. Box 3115,   Milwaukee, WI 53201-3115
20000379          E-mail/Text: bncnotices@becket-lee.com Sep 06 2019 19:37:40         Kohl's/Capital One,
                   17000 Ridgewood Drive,    Menomonee Falls, WI 53051
20000380          EDI: WFNNB.COM Sep 06 2019 23:18:00       Maurices,   PO Box 182273,   Columbus, OH 43218-2273
20000381          EDI: WFNNB.COM Sep 06 2019 23:18:00       Maurices,   PO Box 182789,   Columbus, OH 43218-2789
20000385         +E-mail/Text: oh_bankruptcy@ohiohealth.com Sep 06 2019 19:38:17         Mid Ohio Emergency Services,
                   3535 Olentangy River Road,    Columbus, OH 43214-3908
20000390         +EDI: NAVIENTFKASMSERV.COM Sep 06 2019 23:18:00       Navient,   PO Box 9533,
                   Wilkes-Barre, PA 18773-9533
20000392         +E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2019 19:38:21         Nelnet Loan Services,
                   3015 South Parker Road Suite 425,    Aurora, CO 80014-2904
20000393          E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2019 19:38:21         Nelnet Loan Services,
                   Po Box 2877,   Omaha, NE 68103-2877
20000394          E-mail/Text: electronicbkydocs@nelnet.net Sep 06 2019 19:38:21         Nelnet Loan Services,
                   P.O. Box 82561,   Lincoln, NE 68501-2561
20000396          E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 06 2019 19:38:55
                   Ohio Department Of Taxation,    30 East Broad Street, 20th Floor,    Columbus, OH 43215
20000395          E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 06 2019 19:38:55
                   Ohio Department Of Taxation,    Attn. Bankruptcy Department,    P.O. Box 530,
                   Columbus, OH 43216-0530
20000397          E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 06 2019 19:38:55
                   Ohio Department of Taxation,    Compliance Division,    P.O. Box 182402,
                   Columbus, OH 43218-2402
20000400          EDI: PRA.COM Sep 06 2019 23:18:00       Portfolio Recovery Associates, LLC,
                   Rep for Comenity Bank,    120 Corporate Blvd.,   Norfolk, VA 23502
20000410          EDI: NEXTEL.COM Sep 06 2019 23:18:00       Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
20000411          E-mail/Text: bmg.bankruptcy@centurylink.com Sep 06 2019 19:38:28         Sprint,   PO Box 88026,
                   Chicago, IL 60680-1206
20000406         +EDI: NAVIENTFKASMSERV.COM Sep 06 2019 23:18:00       Sallie Mae,   123 S. Justison Street,
                   Wilmington, DE 19801-5360
20000407         +E-mail/Text: bankruptcy@speedyinc.com Sep 06 2019 19:37:51         Speedy Cash,   P.O. Box 780408,
                   Wichita, KS 67278-0408
20000408         +E-mail/Text: bankruptcy@speedyinc.com Sep 06 2019 19:37:51         Speedy Cash,
                   3527 North Ridge Road,    Wichita, KS 67205-1212
20000409          EDI: NEXTEL.COM Sep 06 2019 23:18:00       Sprint,   PO Box 8077,   London, KY 40742-8077
20000413         +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Sep 06 2019 19:38:56
                   State Of Ohio Department Of Taxation,    4485 Northland Ridge Blvd,    Columbus, OH 43229-6596
20000415          EDI: AISTMBL.COM Sep 06 2019 23:18:00       TMobile,   PO Box 53410,   Bellevue, WA 98015-3410
20000416          EDI: AISTMBL.COM Sep 06 2019 23:18:00       Tmobile,   12920 SE 38th St.,   Belleview, WA 98006
20000419         +EDI: ECMC.COM Sep 06 2019 23:18:00       US Department Of Education,   PO Box 5609,
                   Greenville, TX 75403-5609
                                                                                               TOTAL: 50

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20000374*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box 21125,
                   Philadelphia, PA 19114)
```

```
District/off: 0648-2          User: chipmanm           Page 3 of 3            Date Rcvd: Sep 06, 2019
                              Form ID: 309I            Total Noticed: 86


              ***** BYPASSED RECIPIENTS (continued) *****
20000375*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   P.O. Box 219236,
                 Kansas City, MO 64121-9236)
20000376*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   PO Box 802501,   Cincinnati, OH 45280)
20000373*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   SB/SE, Insolvency Room 1150,
                 31 Hopkins Plaza,   Baltimore, MD 21201-2852)
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Faye D. English    notices@ch13columbus.com
              Mark Albert Herder    on behalf of Joint Debtor Jessica Jane Coburn Markalbertherder@yahoo.com,
               markalbertherder@gmail.com
              Mark Albert Herder    on behalf of Debtor Thomas Allen Coburn Markalbertherder@yahoo.com,
               markalbertherder@gmail.com
                                                                                             TOTAL: 4
```